

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

May 1, 2020

<u>VIA ECF</u>
The Honorable Lewis J. Liman, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Fischler v. Catherine M. Zadeh, Inc.</u>, 1:20-cv-1177 (LJL)

Dear Judge Liman:

      This firm represents Plaintiff Brian Fischler. We respectfully request that the May 7, 2020, 2:30 p.m., Initial Pretrial Conference be adjourned for 45 days.

      Defendant was served with the Summons and Complaint on February 18, 2020, making its responsive pleading due on March 10, 2020. (Dkt. Nos. 6). However, no attorney representing the Defendant has contacted this firm nor filed a Notice of Appearance. This is the likely result of the current COVID-19 pandemic and the company having been served via the Secretary of State, as a delay sometimes occurs between a company being served under this method and receiving notice of being served. Because of this likelihood and to conserve judicial resources, Plaintiff makes this request to adjourn the conference.

      This is the first request to adjourn this conference. The adjournment, if granted, would not affect any other deadlines or conferences.

      We appreciate the Court's consideration of this request and hope everyone is staying safe.

      Respectfully submitted,
      LIPSKY LOWE LLP


      <u>s/ Douglas B. Lipsky</u>
      Douglas B. Lipsky