

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

June 22, 2020

VIA ECF
The Honorable Lewis J. Liman, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Fischler v. Catherine M. Zadeh, Inc., 1:20-cv-1177 (LJL)

Dear Judge Liman:

      This firm represents Plaintiff Brian Fischler. We submit this letter to respectfully apologize for missing the June 19, 2020 Initial Pre-trial Conference.

      I inadvertently calendared the conference for the wrong date. This mistake, a first for me, will not be repeated. We apologize for any inconvenience this caused the Court.

      Respectfully submitted,
      LIPSKY LOWE LLP


      s/ Douglas B. Lipsky
      Douglas B. Lipsky