

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10017
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

July 9, 2020

VIA ECF
The Honorable Lewis J. Liman, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Fischler v. Catherine M. Zadeh, Inc., 1:20-cv-1177 (LJL)

Dear Judge Liman:

      This firm represents Plaintiff Brian Fischler. We submit this letter to respectfully request the July 10, 2020 pretrial conference be adjourned.

      Since Plaintiff's June 22, 2020 letter to the Court, Plaintiff's counsel has been in direct contact with Defendant, who does not yet have counsel. Today, the parties have begun discussing a possible resolution. Plaintiff accordingly seeks this request so that the parties can continue their settlement talks while conserving the Court's time and resources.

      This is the first request to adjourn this conference and, if granted, would not affect any other dates or deadlines. We appreciate the Court's consideration of this request.

Request GRANTED. The ITPC
scheduled for July 10, 2020 is
ADJOURNED and will be held
instead on July 31, 2020 at 11:00
a.m. SO ORDERED.
7/9/2020

Respectfully submitted,
LIPSKY LOWE LLP


s/ Douglas B. Lipsky
Douglas B. Lipsky

SO ORDERED.

LEWIS J. LIMAN
United States District Judge